UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGUREYEV, et al.,

                Plaintiffs,

against

H.K. SECOND AVE RESTAURANT INC., et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 7336 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Per the Order at ECF No. 44, the parties were directed to file a joint letter on the status of the bankruptcy filing by December 2, 2019. The parties are now **ORDERED** to file a joint status report by **December 10, 2019** explaining their failure to comply with the Court's order and informing Court of the status of the bankruptcy.

Dated:    New York, New York
            December 3, 2019

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**