UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIE AGUREYEV, et al.,

                Plaintiffs,

against

H.K. SECOND AVE. RESTAURANT, et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 7336 (SLC)

**ORDER FOR STATUS REPORT**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the Plaintiffs' letter at ECF No. 47, and requests that in the future, should one party fail to respond or participate in a Court-ordered report, the other party should timely respond to the Order and set forth the status of party communications.

As defendants have still failed to supply the Court or Plaintiffs with an update on the status of the supposed bankruptcy filing, defendants are hereby ORDERED to file such a status report by no later than **January 10, 2020**. Failure to do so will result in the Court ordering the parties to resume discovery in this case.

Dated:    New York, New York
           January 3, 2020

_____
SARAH L. CAVE
United States Magistrate Judge