UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIE AGUREYEV, et al.,

                Plaintiffs,

against

H.K. SECOND AVE. RESTAURANT, et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 7336 (SLC)

**ORDER FOR STATUS CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

As Defendants have continually failed to comply with the Court's orders for status reports and have not confirmed the filing of bankruptcy, the parties are now ORDERED to appear for an in-person status conference on **Thursday, January 23, 2020 at 11:30 am** in Courtroom 18A, 500 Pearl Street, New York, New York.

Defendants are warned that failure to appear at this conference may result in sanctions.

Dated:      New York, New York
               January 13, 2020

                                      SO ORDERED

                                      _/s/ Sarah L. Cave_
                                      **SARAH L. CAVE**
                                      **United States Magistrate Judge**