

**MAIN BROOKLYN OFFICE**
1602 McDonald Avenue, Brooklyn, NY 11230

**Phone:** (718) 384-2323 ○ **Fax:** (718) 384-2555 ○ **E-Mail:** natraj@turturrolawpc.com ○ www.turturrolawpc.com

Matthew J. Turturro, Esq. (Managing Partner)
*Natraj S. Bhushan, Esq. (Partner)
Anthony A. Nozzolillo, Esq. (Of Counsel)
*Admitted in NY and NJ

October 25, 2019

Via ECF

Hon. Sarah L Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 702
New York, NY 10007
(212) 805-0292

> The request to adjourn the status conference scheduled for January 23, 2020 is **DENIED** with leave to re-file. Counsel is directed to comply with Judge Cave's Individual Rules of Practice, which require that counsel confer with the other party before requesting an adjournment.
>
> Counsel are reminded that Court-ordered deadlines are **not optional**.
>
> SO ORDERED            1/14/2020
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**Re: 1:17-cv-07336-HBP Agureyev et al v. H.K. Second Ave Restaurant Inc. et al**

Dear Judge Cave,

    I represent defendants, H.K. Second Ave. Restaurant Inc. ("HK"), and Shaheen Khan ("Khan") in the above-captioned matter. I write to first apologize to the Court for missing your Honor's directive and deadline to further update the Court as to the bankruptcy filing by defendant HK. After making several failed attempts to contact my client and his bankruptcy counsel, I finally heard back from defendant Khan yesterday evening and now submit this letter as (1) a further status update as to the bankruptcy status of defendant HK and (2) as a request to adjourn the conference presently scheduled for January 23, 2020.

    In short, as per the information I received yesterday, the HK bankruptcy has still not been filed due to an eviction proceeding it was involved in, which ultimately resulted in a recent judgment of possession for the landlord. HK was thereafter served with a notice of eviction and HK, which operates the Bait & Hook restaurant, is officially closed for business. Now that this is complete, I am further informed that the bankruptcy papers are being finalized.

    As to the adjournment request, the undersigned is counsel to defendants in an action that is scheduled for a bench trial before this Court (Hon. Jed Rakoff), which will commence on

1

January 21, 2020 and run through January 23, 2020. Accordingly, I respectfully ask that this Court to adjourn the upcoming conference.

In short, I apologize for missing the Court's deadline and, for the foregoing reasons, respectfully request an adjournment. This is the first request for this relief.

Dated: Brooklyn, New York
      January 14, 2020

Respectfully Submitted,

**TURTURRO LAW, P.C.**

By: /s/Natraj S. Bhushan, Esq

1602 McDonald Ave
Brooklyn, NY 11230
Tel.: (718) 384-2323
*Attorneys for Defendants*

NSB/nsb

Cc (via ECF): Matthew Madzelan, Esq. & John Luke, Esq.