

**MAIN BROOKLYN OFFICE**
1602 McDonald Avenue, Brooklyn, NY 11230

**Phone:** (718) 384-2323 ○ **Fax:** (718) 384-2555 ○ **E-Mail:** natraj@turturrolawpc.com ○ www.turturrolawpc.com

Matthew J. Turturro, Esq. (Managing Partner)
*Natraj S. Bhushan, Esq. (Partner)
Anthony A. Nozzolillo, Esq. (Of Counsel)
*Admitted in NY and NJ

**January 14, 2020**

**Via ECF**

Hon. Sarah L Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 702
New York, NY 10007
(212) 805-0292

> The status conference currently scheduled for January 23, 2020 is ADJOURNED until **February 12, 2020 at 10:00 am** in Courtroom 18A, 500 Pearl St., New York, New York.
>
> The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 52.
>
> SO ORDERED       1/14/2020
>
> _/s/ Sarah L. Cave_
> SARAH L. CAVE
> United States Magistrate Judge

**Re: 1:17-cv-07336-HBP Agureyev et al v. H.K. Second Ave Restaurant Inc. et al**

Dear Judge Cave

    I represent defendants, H.K. Second Ave. Restaurant Inc. ("HK"), and Shaheen Khan ("Khan") in the above-captioned matter. As per your Honor's Individual Rules of Practice and, as noted in the Court's Order dated January 14, 2020 (ECF Doc. No. 51), the undersigned respectfully resubmits his request to the adjournment the status conference presently scheduled for January 23, 2020. This is the first request for this relief.

    In short, the adjournment is needed as the undersigned is counsel to defendants in an action that is scheduled for a bench trial before this Court (Hon. Jed Rakoff), which will commence on and run through January 23, 2020.

    I have conferred with Plaintiffs' counsel, John Luke, Esq. and he has consented to the adjournment. In terms of a potential adjourned date, the parties are available on February 11 and 12th of this year if that is available to the Court.

    Based on the foregoing, I respectfully ask that this Court to adjourn the upcoming conference to the 11th or 12th of February, 2020, or a date that is mutually convenient to the Court and the parties.

1

Dated: January 14, 2020
   Brooklyn, New York

                    Respectfully Submitted,

                    **TURTURRO LAW, P.C.**

                    By: /s/Natraj S. Bhushan, Esq

                    1602 McDonald Ave
                    Brooklyn, NY 11230
                    Tel.: (718) 384-2323
                    *Attorneys for Defendants*

NSB/nsb

cc: Matthew Madzelan, Esq. & John Luke, Esq.