IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AGUREYEV, et al.,

                Plaintiffs,

against

H.K. SECOND AVE RESTAURANT INC., et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 7336 (SLC)

ORDER SCHEDULING
TELEPHONE CONFERENCE

**SARAH L. CAVE,** United States Magistrate Judge:

A telephone status conference will be held in this matter on **Wednesday, April 22, 2020 at 11:00 am**. The parties are directed to call the Court's conference line at 866-390-1828, access code 380-9799, at the scheduled time.

Dated:      New York, New York
             April 15, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**