> The requested adjournment is GRANTED. The telephone conference currently scheduled for tomorrow, June 9, 2020 at 11:00 am will now be held at **12:30 pm** on the same date.
>
> The parties are directed to call the Court's conference line as instructed at the scheduled time.
>
> The Clerk of Court is respectfully directed to amend the conference time and to close the Letter-Motion at ECF No. 62.
>
> SO ORDERED      6/8/2020
>
> *SARAH L. CAVE*
> United States Magistrate Judge

**SLATER SLATER SCHULMAN**
ATTORNEYS AT LAW

June 5, 2020

**VIA ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    Agureyev et al v. H.K. Second Ave Restaurant Inc. et al
           1:17-cv-07336-(SLC)

Dear Judge Cave:

    This firm represents Natalie Agureyev and Daria Igamberdiev ("Plaintiffs") in the above matter. This letter is meant to address the Court's most recent Order regarding the Status Conference now scheduled for 11:00 a.m. on June 9, 2020.

    I have a previously scheduled conference before the Honorable Katherine Polk Failla at 11:00 a.m. on June 9, 2020. With the Court's permission, I am respectfully requesting to move the conference to later in the afternoon or perhaps the following day. This is Plaintiff's first request for an adjournment of this Status Conference. I have conferred with counsel for the defense and he consents.

    Thank you for your attention to this matter.

    Respectfully submitted,

    SLATER SLATER SCHULMAN LLP

*John C. Luke, Jr.*
John C. Luke, Jr.
*Attorneys for Plaintiffs*