UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIE AGUREYEV and DARYA IGAMBERDIEV,

                Plaintiffs,

against

H.K. SECOND AVE. RESTAURANT, INC., SHAHEEN KHAN, and MAHA KHONDOKER,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 7336 (SLC)

**ORDER TO INITIATE
DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 22, 2020 the Court granted the Motion of Attorney Natraj Bhushan to withdraw as counsel for defendants H.K. Second Ave. Restaurant, Inc. and Shaheen Khan. (ECF No. 66). The Court gave Defendants until July 22, 2020 to retain new counsel, or, for the individual defendants, to inform the Court that they wished to proceed pro se. (Id.) If Defendants did not appear, the Order directed Plaintiffs to begin default proceedings by July 29, 2020. (Id.)

Defendants have not retained new counsel, and Plaintiffs have not moved for default. Plaintiffs are now ORDERED to request a Certificate of Default from the Clerk of Court by **August 7, 2020** and to file a Motion for Default Judgment in accordance with Rule 55 of the Federal Rules of Civil Procedure and S.D.N.Y. Local Rule 55 by **August 14, 2020**.

Dated:    New York, New York,
            July 31, 2020

SO ORDERED

_____
**SARAH L. CAVE
United States Magistrate Judge**