UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATALIE AGUREYEV and DARYA
IGAMBERIEV,

                    Plaintiffs,

                    3/8/2021

17 **CIVIL** 7336 (SLC)

        -against-

**DEFAULT JUDGMENT**

H.K. SECOND AVE. RESTAURANT, INC.,
SHAHEEN KHAN, and MAHA KHONDOKER,
                  Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum and Opinion dated March 5, 2021, Plaintiffs' Motion is GRANTED and Plaintiffs are awarded judgment against Defendants in the total amount of $35,906.34, comprised of the following: (1) Agureyev is awarded damages in the amount of $4,508.96, comprised of (i) $1,386.88 in unpaid minimum wages; (ii) $164.06 in unpaid overtime wages; (iii) $8.75 in unpaid spread-of-hours wages; (iv) $1,559.69 in liquidated damages; (v) $1,050.00 in statutory damages, and (vi) $339.58 in prejudgment interest; (2) Igamberediev is awarded damages in the amount of $12,117.38, comprised of (i) $4,145.40 in unpaid minimum wages; (ii) $35.00 in unpaid spread-of-hours wages; (iii) $4,180.40 in liquidated damages; (iv) $2,900.00 in statutory damages, and (v) $856.58 in prejudgment interest; and (3) $19,280 in attorneys' fees. Plaintiffs' claims against Defendant Khondokar are DISMISSED WITH PREJUDICE.

**DATED**: New York, New York
           March 8, 2021

                                    **RUBY J. KRAJICK**
                                      Clerk of Court

                           BY: _____
                                      Deputy Clerk